UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RHODES,

                Plaintiff,

-against-

CITY OF NEW YORK,
POLICE OFFICER GAMZE S. ALPSOY, and
SERGEANT MARIBEL BURGOS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2023_

22 Civ. 7884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 16, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by March 13, 2023. ECF No. 7. On December 20, 2022, this action was selected for participation in the Southern District of New York's mediation program. Dkt. Entry 12/20/2022. Accordingly, by **April 3, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge