USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RHODES,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

22-CV-07884 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the dates and deadlines set forth in the previous order on January 22, 2024, *see* Dkt. No. 52, with a minor adjustment to the time of the pre-motion conference. The pre-motion conference will be held on **Tuesday, April 16, 2024, at 12:00 p.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Counsel are referred to the Rule II(B)(9) of the Individual Rules & Practices governing the conduct of the case following the close of fact discovery.

    All parties are hereby notified that the undersigned was the Commissioner of the New York City Department of Investigation during portions of the time period identified in the Complaint (2018-2021) and remained in that position until November 10, 2021. The Department of Investigation has oversight and Inspector General jurisdiction over the New York City Police Department, although that oversight does not typically extend to misconduct by individual police officers, which is typically within the jurisdiction of the NYPD's Internal Affairs Bureau and the Civilian Complaint Review Board. As far as the Court is aware, the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at a conference, they should file an appropriate letter on ECF no later than **March 12, 2024**.

Dated: March 5, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge